Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

_April 17_ 20_24_

Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD ROBERT HARTTLET,<br><br>Defendant. | NO. **CR24-5099 BHS**<br><br>**INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

### (Unlawful Possession of a Firearm)

On or about April 2, 2024, in Pierce County, within the Western District of Washington, DONALD ROBERT HARTTLET, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

      i.    *Possession of Heroin with Intent to Distribute*, in United States District Court for the Western District of Washington, under case number CR18-5266 RBL, on or about October 2, 2018; and

Indictment - 1
*United States v. Harttlet*
USAO No. 2024R00346

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

ii.    *Possession of a Firearm in Furtherance of a Drug Trafficking Crime*, in United States District Court for the Western District of Washington, under case number CR18-5266 RBL, on or about October 2, 2018;

did knowingly possess, and did aid and abet the possession of, in and affecting interstate and foreign commerce, a firearm, that is: a Sig Sauer P365, 9mm caliber pistol; a Glock 23, .40 caliber pistol; and a Sota Arms PA15 .300 Blackout caliber semi-automatic rifle, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 2.

## COUNT 2

### (Unlawful Possession of a Firearm - Silencers)

On or about April 2, 2024, in Pierce County, within the Western District of Washington, DONALD ROBERT HARTTLET, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

i.    *Possession of Heroin with Intent to Distribute*, in United States District Court for the Western District of Washington, under case number CR18-5266 RBL, on or about October 2, 2018; and

ii.    *Possession of a Firearm in Furtherance of a Drug Trafficking Crime*, in United States District Court for the Western District of Washington, under case number CR18-5266 RBL, on or about October 2, 2018;

did knowingly possess, and did aid and abet the possession of, in and affecting interstate and foreign commerce, a firearm, that is: one Dead Air silencer, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 2.

Indictment - 2
*United States v. Harttlet*
USAO No. 2024R00346

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of either of the offenses alleged in Counts 1 or 2, DONALD ROBERT HARTTLET shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offenses, including but not limited to:

   a.  one Sig Sauer P365 9mm pistol, serial no. 66B186881;

   b.  one Glock 23 40 caliber pistol, serial no. XCR558;

   c.  one complete AR-15 in 300 Blackout, with Holosun holographic sight and green light laser-Sota Arms PA-15, serial no. PA8947;

   d.  one Dead Air suppressor, serial no. SMS45748;

   e.  one black in color suppressor, unknown make;

   f.  one complete AR-15 lower receiver, serial no. 21-F04560;

   g.  one incomplete AR-15 lower receiver, serial no. 21364963; and

   h.  approximately 1,000 rounds of assorted associated ammunition.

Indictment - 3
*United States v. Harttlet*
USAO No. 2024R00346

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with a third party;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or,

    e.  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL: *yes*

DATED: *April 17, 2024*

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
TESSA M. GORMAN
United States Attorney

_____
MARCI L. ELLSWORTH
Assistant United States Attorney

_____
HILLARY K. STUART
Assistant United States Attorney

Indictment - 4
*United States v. Harttlet*
USAO No. 2024R00346

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800